# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

IN RE: §
§ CASE NO. 1:17-bk-10299-SDR
**CHRISTOPHER WALTON SINGLETON** §
**DEBTOR** §

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Specialized Loan Servicing LLC** | **BANK OF AMERICA, N.A.** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Specialized Loan Servicing LLC**
**8742 Lucent Blvd, Suite 300**
**Highlands Ranch, Colorado 80129**

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx1714**

Name and Address where transferee payments should be sent (if different from above):

Specialized Loan Servicing LLC
PO Box 636007
Littleton, Colorado 80163

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx1714**

Court Claim # (if known): 3-1
Amount of Claim: $150,811.50
Date Claim Filed: 03/24/2017

Phone: 1-800-669-6607
Last Four Digits of Acct.#: 1653

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ John J. Rafferty          Date: 05/26/2017
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

5120-N-4180

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before May 26, 2017 via electronic notice unless otherwise stated:

**Debtor**     *Via U.S. Mail*
Christopher Walton Singleton
3708 Forrest Highland Drive
Chattanooga, TN 37415

**Debtors' Attorney**
W. Thomas Bible, Jr.
6918 Shallowford Road, Suite 100
Chattanooga, TN 37421

**Trustee**
Jerrold D. Farinash
Farinash & Hayduk
100 West ML King Blvd., Suite 816
Chattanooga, TN 37402

**U.S. Trustee**
United States Trustee
Historic U.S. Courthouse
31 E. Eleventh Street
Fourth Floor
Chattanooga, TN 37402

                                              Respectfully Submitted,

                                              /s/ John J. Rafferty
                                              John J. Rafferty