UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

In re:

| | ) | |
|---|---|---|
| Christopher Walton Singleton | ) | Case No. 1:17-bk-10299-SDR |
| | ) | |
| Debtor(s) | ) | Chapter 7 |

**MOTION TO ENTER AGREED ORDER**

Comes Jerrold D. Farinash, Trustee, by and through Farinash & Hayduk, and request that the Court enter the Agreed Order filed as Exhibit 1 to this Motion

RESPECTFULLY SUBMITTED:

FARINASH & HAYDUK

By: /s/ Jerrold D. Farinash
JERROLD D. FARINASH, (BPR #10220)
Attorneys for Trustee
100 West M L King Blvd, Ste. 816
Chattanooga, Tennessee 37402
jdf@fandhlawfirm.com
(423) 805-3100

CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing document and accompanying order has been sent by electronic mail to those shown on the Notice of Electronic Filing receipt issued by the Clerk of Court and/or by placing a copy of the same in the United States First Class Mail with sufficient postage to insure delivery to its destination on the following:

Kimberly Swafford
Assistant U.S. Trustee
4th Floor, Historic U.S. Courthouse
Chattanooga, TN 37402

W. Thomas Bible, Jr.
6918 Shallowford Rd, Ste. 100
Chattanooga, TN 37421

James A. Fields
130 Jordan Dr
Chattanooga, TN 37421

Dated: August 31, 2017.                /s/ Jerrold D. Farinash
                                        Jerrold D. Farinash