UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Christopher Walton Singleton | ) | Case No. 1:17-bk-10299-SDR |
| | ) | |
| Debtor | ) | Chapter 7 |
| | ) | |

**REVISED AGREED PROTECTIVE ORDER**

This matter is before the Court upon agreement of Trustee Jerrold D. Farinash and Mallory Long.  The Trustee seeks access to the accounting and banking records of Long in investigate the financial dealings between Long and the Debtor.  The Trustee and Long therefore agree as follows:

1.    Long shall immediately make available to the Trustee or his designated agents access to the Long's bank account records and other financial documents request from Long by the Trustee.

2. Farinash agrees to maintain confidentiality concerning the records furnished by Long to the Trustee bank records, and will limit access to Long's records to the Trustee's personnel, attorneys, or designated agents.

3. Farinash acknowledges that Long's bank records also may include personal information unrelated to the Trustee's investigation of the Debtor's bankruptcy estate. Farinash agrees to protect and not disclose any such information.

4. To the extent any documents provided by Long are obtained by the Trustee from any other source, those documents will not/are not covered by this Order.

5. This agreement is without prejudice to the Trustee's right to later seek the Court's assistance in obtaining additional information from Long regarding the Long's financial records, or such other information as may be relevant; nor from Long seeking a protective order from the Court for such additional information.

IT IS SO ORDERED

# # #

APPROVED FOR ENTRY:
FARINASH & STOFAN

By: /s/ Jerrold D. Farinash
JERROLD D. FARINASH (BPR # 10220)
Attorneys for Trustee
100 West M L King Blvd, Ste, 816
Chattanooga, Tennessee 37402
jdf@fandhlawfirm.com
(423) 805-3100

SAMPLES, JENNINGS, CLEM & FIELDS, PLLC

By:     /s/ James A. Fields
James A. Fields (BPR #11484)
130 Jordan Dr.
Chattanooga, TN 37421
(423) 892-2006